STATE ex Rel. GAUNT et al., 'Appellants, v. FOUSEK, Mayor, Respondent.

(No. 6,930.)

(Submitted January 19, 1932. Decided February 27, 1932.)

[8 Pac. (2d) 794.]

(For syllabus, see *State ex rel. Anderson* v. *Fousek*, ante, p. 448, 8 Pac. (2d) 791.)

*Messrs. Slattery & Tighe*, for Appellants.

*Mr. Warren Toole*, for Respondent.

MR. JUSTICE ANGSTMAN delivered the opinion of the court.

Relators were convicted of the same conspiracy charge as was Anderson in the companion case numbered 6929, entitled *State ex rel. Anderson* v. *Fousek*, ante, p. 448, 8 Pac. (2d) 791, this day decided. The only differences between this case and that are these: Relator Gaunt at the time of the commission of the offense was chief of police, and the judgment imposed against him was $1,000 and costs; relator Goings was a lieutenant of the police force, and was fined $200 and costs; relator Nelson was a member of the police force, and was fined $250 and costs.

464

The principles of law announced in case No. 6929 control this case, and, on the authority of that case, the judgment is affirmed.

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES GALEN, FORD and MATTHEWS concur.